# First District Court of Appeal
## State of Florida

_____

No. 1D19-150
_____

LARRY BRYANT NETTLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Timothy Register, Judge.

July 18, 2019

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Larry Bryant Nettles, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.